3.   Charles C. Emory, sworn.   Heard Sam say J. M. Clayton's boy delivered to him on the green a pot of lard, carried it to Parker's, sold it and got a pair of shoes.

Submitted without argument or charge.   Verdict, guilty.

Judgment.   Twenty-one lashes.   Pay $100. . Pay costs [of] prosecution.   Sold seven years to the highest and best bidder.

### STATE v. SAMUEL HANDY, free Negro.

Court of Quarter Sessions.   April 28, 1829.

*Stout's Notes.*

*Ruth* [for State].

Seven bushels Indian corn [at] .40 = [$]2.80

$$\begin{array}{r} 4 \\ \hline [\$]11.20 \end{array}$$

Property of Nehemiah Clark.

1.   Nehemiah Clark, sworn.   I know I lost the corn.   I suppose six, eight, ten or twelve bushels were taken away.   Samuel Handy passes for a free man.   The corn was worth 40¢ a bushel. I never got any part of the corn.

2.   Charles C. Emory, sworn.   Samuel said Mr. Clark's boy got the corn out of the stable and he took it at the stable door and carried it to Parker's.   He received two parcels, one and a half bushels at each time.

[3.]   Elijah McDonnel affirmed.   Samuel acknowledged he had taken three bags of corn.   Mr. Clark's boy took it out of the stable, and he carried it to Parker's.

Submitted without argument or charge.   Verdict, guilty.

Judgment, $11.20—fourfold.   Twenty-one lashes.   Pay cost [of] prosecution.   Sold seven years to the highest and best bidder.